# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kevin Spoljarick, Rick Chairez,<br><br>　　　　　Defendants. | No. CV 19-04389 PHX DGC (CDB)<br><br>**ORDER** |

Before the Court is Plaintiff's motion to amend or correct his Complaint. (ECF No. 38). Attached to Plaintiff's motion is a proposed amended complaint, however the proposed amended complaint is not in conformance with Rule 15.1(a) of the Local Rules of Civil Procedure, which provides:

> (a) Amendment by Motion. A party who moves for leave to amend a pleading must attach a copy of *the proposed amended pleading* as an exhibit to the motion, *which must indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added.* . . .

Accordingly,

**IT IS ORDERED that** Plaintiff shall have until December 6, 2019, to lodge a proposed amended complaint which is in compliance with Local Rule 15.1(a).

Dated this 6th day of November, 2019.

_____
Camille D. Bibles
United States Magistrate Judge