# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Maricopa District of Arizona

Case Number: 2:19-CV-04389-DGC-CDB

Plaintiff:
**LIBRADO RODRIGUEZ**

vs.

Defendant:
**KEVIN SPOLJARICK; et al**

For:
Elizabeth Tate
Elizabeth D. Tate, Attorney
382 E. Palm Lane
Phoenix, AZ 85004

Received by Maricopa County Process Service, PLLC on the 13th day of January, 2020 at 3:45 pm to be served on **CITY OF EL MIRAGE, c/o Sharon Antes, City Clerk, 10000 N El Mirage Rd, El Mirage, AZ 85335**.

I, Jennifer Aymong, do hereby affirm that on the **15th day of January, 2020 at 11:12 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons In A Civil Action and First Amended Complaint and Demand for Jury Trial**, to: **EDITH HOOVER as ADMINISTRATIVE ASSISTANT**, a person authorized to accept service for **CITY OF EL MIRAGE**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 4'10", Weight: 100, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Jennifer Aymong
MC #8944

Maricopa County Process Service, PLLC
600 E Baseline Rd
Suite B6
Tempe, AZ 85283
(602) 424-7474

Our Job Serial Number: GUR-2020000115
Ref: 2:19cv04389

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1o