Larry J. Crown (SBN 013133)
Elan S. Mizrahi (SBN 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona  85255
Telephone:   480-483-9600
Facsimile:   480-483-3215
Emails:   lcrown@tbl-law.com
             elan@tbl-law.com

*Attorneys for Officers Spoljarick, Chairez and City of El Mirage*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez,<br><br>  Plaintiff,<br><br>vs.<br><br>Kevin Spoljarick, individually and in his official capacity; Rick Chairez, individually and in his official capacity; City of El Mirage,<br><br>  Defendants. | Case No. 2:19-cv-04389-DGC-CDB<br><br>**NOTICE OF SERVICE OF DEFENDANTS' DISCLOSURE OF EXPERT OPINIONS** |

Defendants by and through their undersigned counsel, hereby give notice that on January 31, 2020, Defendants served on Plaintiff their Disclosure of Expert Opinions in the above-captioned matter.

DATED this __31st__ day of January, 2020.

**TITUS BRUECKNER & LEVINE PLC**


By: /s/ *Larry J. Crown*
      Larry J. Crown
      Elan S. Mizrahi
      *Attorneys for Officers Spoljarick, Chairez and City of El Mirage*

**CERTIFICATE OF SERVICE**

I hereby certify that on this  31st  day of January, 2020, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing.

I further certify that on this  31st  day of January, 2020, I served the foregoing document and any attachments by email on the following:

> Elizabeth D. Tate, Esq.
> Elizabeth D. Tate, Attorney at Law
> 2953 North 48th Street
> Phoenix, AZ  85018
> attorneyelizabethtate@yahoo.com
>
> *Counsel for Plaintiff*

/s/ *Karin A. Meister*
_____
8962-085

TITUS BRUECKNER & LEVINE PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600

- 2 -