Elizabeth D. Tate AZ Bar No. 032659
2953 N. 48th Street
Phoenix, AZ 85018
Telephone (602) 670-4653
Fax (602) 595-5959
attorneyelizabethtate@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Librado Rodriguez | ) | |
|     Plaintiff, | ) | Case No. 2:19 cv 04389 |
| | ) | |
| v. | ) | NOTICE OF ZOOM DEPOSITION |
| | ) | (VIDEO CONFERENCED) |
| | ) | OFFICER SPOLJARICK |
| Spoljarick, et. al. | ) | |
|     Defendants | ) | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths and be recorded by stenographic means.

**PERSON TO BE EXAMINED:**     Officer Spoljarick

**DATE AND TIME OF DEPOSITION:**     July 7, 2020

**PLACE OF DEPOSITION:**     **10:00 a.m.**

    Phoenix, AZ 85003

DATED this June 25, 2020     /s/ Elizabeth D. Tate

```
                                          _____
1                                         ELIZABETH D.  TATE
                                          Attorney for Plaintiff
2

3                          CERTIFICATE OF SERVICE

4       I hereby certify that on June 25, 2020  that I electronically transmitted the attached

5  document to  the Clerk's Office using the CM/ECF for filing and transmittal to each attorney of

6  record.

7
                                          /s/ Elizabeth D. Tate
8                                         _____
                                          Elizabeth D. Tate
9

10

11   Angela Miller Certified Court Reporting
     P.O.  Box 513
12   Litchfield Park, AZ   85340
     angela@millercertifiedreporting.com
13   602.975.7472
```