

**El Mirage Police Department**
**Use of Force Incident / Injured Prisoner**
*Supervisor's Report*



Complete this report whenever a use of force greater than the non-resistant application of handcuffs is utilized or the subject receives or complains of injury. If multiple subjects are involved in the incident, a form must be completed for each subject involved. This report is to be completed in addition to and separate from any other written report/s which may be required and shall be completed by the involved officer's supervisor.

| Use of Force Number: | | | | PS Number (Issued by PSU if applicable): | | |
|---|---|---|---|---|---|---|
| DR Number: E18102530 | | Incident Date: | | Incident Time: | | |
| Reporting Supervisor: | P. Witte Jr. | | Serial #: 3215 | On-Scene: Yes ☐  No ☒ | | |
| Supervisor | Date: 10.30.2018 | Time: 7:30 | | | | |
| Location of Incident: | 129ᵗʰ Ave and Crocus | | | | | |
| Nature of Incident: | Drug Arrest | | | | | |
| Primary Officer: | K. Spoljerik | Serial #: 3349 | Assisting Officer/s: | R. Chairez | | Serial #: 3192 |
| Subject's Name: | Librado L. Rodriguez | Race: H | Sex: M | DOB: 04.10.78 | Age: 40 | |

| Level of Resistance by Subject: (check all that apply) | |
|---|---|
| ☒ | Psychological Intimidation – Non-verbal cues indicating the potential for physical resistance |
| ☒ | Verbal Non-Compliance – Verbal responses indicating unwillingness or threats |
| ☒ | Passive Resistance – Physical actions that do not prevent an officer's attempt to control |
| ☒ | Defensive Resistance – Physical actions that attempt to prevent an officer's control, but do not involve attempts to harm the officer |
| ☐ | Active Aggression – Physical actions of assault |
| ☐ | Aggravated Active Aggression – Deadly force encounter |

| Level of Force / Control by Officer: (check all that apply) | |
|---|---|
| ☒ | Presence – Identification of authority |
| ☒ | Verbal Direction – Commands of direction or arrest |
| ☒ | Soft Empty-Hand Control and Restraining Devices – Techniques that have a minimal potential for injury |
| | Wrist locks ☒   Joint Locks ☒   Pressure Points ☐   Handcuffs ☒   Leg Restraints ☐   Flex Cuffs ☐   Spit Shield ☐   Other |
| ☐ | Chemical Weapons – Oleoresin capsicum (OC), Chloroacetophenone (C/N) and 2-Chlorobenzaimalonitrile (C/S) |
| | Effective: Yes ☐ No ☐ |
| ☐ | Conducted Electrical Weapon (CEW)                                   Effective: Yes ☐ No ☐ |
| ☐ | Intermediate Control Techniques – Techniques that have a probability of injury |
| | Hard Empty-Hand ☐   Baton ☐   Flashlight ☐   Stun Bag ☐   Canine ☐   Other |
| ☐ | Carotid Control Technique |
| ☐ | Deadly Force: Explain (firearms or other lethal force applied) |

| Officer/s Involved: | Name: K. Spoljerik | | | Serial #: 3349 | Years on EMPD: .5 |
|---|---|---|---|---|---|
| No Injury ☒ | Minor Injury ☐ | Serious Injury ☐ | Fatal Injury ☐ | Treated by Paramedics ☐ | Transported ☐ |
| Treatment Not Needed ☐ | | Treated and Released ☐ | | Hospitalized ☐ | |
| Description of Injuries: | | | | | |
| Officer/s Involved: | Name: | | | Serial #: | Years on EMPD: |
| No Injury ☐ | Minor Injury ☐ | Serious Injury ☐ | Fatal Injury ☐ | Treated by Paramedics ☐ | Transported ☐ |
| Treatment Not Needed ☐ | | Treated and Released ☐ | | Hospitalized ☐ | |
| Description of Injuries: | | | | | |
| Officer/s Involved: | Name: | | | Serial #: | Years on EMPD: |
| No Injury ☐ | Minor Injury ☐ | Serious Injury ☐ | Fatal Injury ☐ | Treated by Paramedics ☐ | Transported ☐ |
| Treatment Not Needed ☐ | | Treated and Released ☐ | | Hospitalized ☐ | |
| Description of Injuries: | | | | | |

| Subject Injury: | | | | | |
|---|---|---|---|---|---|
| No Injury ☐ | Minor Injury ☒ | Serious Injury ☐ | Fatal Injury ☐ | Treated by Paramedics ☒ | Transported ☒ |
| Description of Injuries: Acute on chronic clavicle fracture; knee abrasion;polysubstance abuse;shoulder pain | | | | | |
| Indication of Pre-Existing Injuries (check all that apply): Head / Neck ☐ Front Torso ☐ Back Torso ☐ Arms ☐ Legs ☐ | | | | | |
| Description of Pre-Existing Injuries: | | | | | |
| Paramedics Requested: Date: 10.30.18 | | Time: 0729 | Paramedics On Scene: City El Mirage | | Unit LA121 Shift B |
| Transported By: South West 121 | | | Transported To: West Valley Hospital | | |
| Medical Treatment By: ER Staff | | | Admitted ☐ | Treated and Released ☒ | |
| Photographs By: | | | | | |

| Attachments: | | | |
|---|---|---|---|
| Departmental Report | Yes ☒ No ☐ | Photographs | Yes ☒ No ☐ |
| Officer Memoranda | Yes ☐ No ☒ | N.O.I. Form/s | Yes ☐ No ☒ |
| City Incident Report | Yes ☒ No ☐ | I.R.C. Form/s | Yes ☐ No ☒ |
| CEW Download Report | Yes ☐ No ☒ | N.O.F. Form/s | Yes ☐ No ☒ |
| Other: BWC | | | |
| Other: St. Joseph's Westgate Medical Center discharge paperwork | | | |

**Note:** This section is where the reporting supervisor answers questions specific to this incident. Attach other documents as needed.

## Graham Factors

What was the severity of the crime?: Criminal Traffic/ Drug Paraphernalia

Was the subject an immediate threat to the safety of officer(s) / others? How?: No

Did the subject actively resist arrest or seizure? How?: fled on foot from officers during contact.

Did the subject attempt to evade arrest or seizure by flight? How?: Fled on foot from officers during contact.

Officer Spoljarik observed the subject sleeping or passed in the passenger seat of a vehicle parked on a city roadway. The officers recognized the subject from the previous day as driving on a suspended driver's license. As Officers Spoljarik and Chairez spoke to Rodrigues he fled on foot. Officers gave chase on foot. The foot pursuit lasted only about 20 yards before Rodrigues was tackled by Officer Spoljarik in the roadway causing possible injury to Rodrigues's right shoulder.

## Signatures

| | Typed Name | Signature | Date |
|---|---|---|---|
| Reporting Supervisor: | P. Witte Jr. #3215 | | 11-7-1? |
| Reviewing Supervisor: | R. Stewart 3757 | | 11-13-18 |
| Reviewing Supervisor's Comments: | Noted. Review at BWC shows No Excessive force during the arrest. | | |
| Assistant Chief: #8951 | | | |
| Assistant Chief's Comments: | WITHIN POLICY. | | |

EMPD Ops. 1.03, Rev. 04/2017

      **Police Department**
*12401 W. Cinnabar Ave., El Mirage 85335*
*623-500-3000 ; Fax 623-500-3019*
*TDD 623-933-3258; www.elmirageaz.gov*

## MEMORANDUM

TO:    Doug Hildebrandt, Assistant Chief

FROM:   Randy Stewart, Lieutenant R\S

SUBJECT: Citizen Complaint re: UOF E18102530

DATE: 12/18/18

On 12/16/18 at approximately 1506 hrs., I made contact with a Librado Rodriguez and his girlfriend, Sara Mooney at the El Mirage Police Department. I was informed that both Librado and Sara wanted to make a complaint of excessive force against two officers during an arrest of Librado for drug possession that occurred on October 30th, 2018. In speaking with both subjects I was informed of the following:

On October 30th, 2018, Labrado stated he was asleep in a car when he was contacted by two officers (later identified as Officer Rick Chairez #3192 and Kevin Spoljarick #3349). Labrado told me that during the contact he attempted to run on foot from the officers when he was tackled, a choke hold was applied causing him to be unable to breathe, and ultimately, he suffered a broken clavicle caused by the arresting officers. Both parties felt the use of force was excessive and that the officers were to blame for Labrado's broken bone.

As we talked, Sara admitted that she was not present during the incident, but believed the officers used excessive force.

I asked Labrado if he told the officers that he had an arm injury. He stated he did. I asked him what the delay was in reporting this incident considering it occurred over a month prior. Labrado stated he had been incarcerated in the MCSO County Jail until December 5th and was still pending court action regarding his multiple drug charges. During his arrest, Labrado was found to be in possession of marijuana, heroin, and methamphetamine along with drug paraphernalia.

I verified again with Labrado what his allegations were and that he did in fact admit to running from the officers before he was arrested. Labrado confirmed those statements to me also adding that he has a prior history of the same bone being broken. I then informed him that I would review any BWC footage of the incident to determine what had occurred and make contact with him after the review.

On 12/17/18, I reviewed the BWC files pertaining to this incident. I reviewed both Officers Chairez and Spoljarick's videos which captured the entire contact and arrest. Based on the video review, I determined no excessive force was applied by the officers towards Labrado and the use of force applied to effect the arrest was within policy.

During the review, I also noted that the video footage contradicts the statements made by Labrado. The video does not show a choke hold being applied to Labrado by either officer. The video also shows Labrado, while being unresponsive and/or acting incoherently, making no statement of being injured at the scene to either officer. It was not until Labrado arrived at the El Mirage Police Department that it became apparent he needed medical attention.

It should be noted that at the conclusion of this incident, Labrado was then transported to St. Joseph's Westgate Hospital where he treated for a broken clavicle and released for booking on multiple felony charges.

On December 23rd, 2018, I contacted Lebrado by telephone and advised him of the findings of my review. Labrado stated he understood but he would still be looking at his options and ended the phone call.

St. Joseph's Westgate Medical Center
7300 N 99th Avenue
Glendale, AZ 85305
(602) 406-0000

## Emergency Department

## Patient Discharge Instructions

**If your symptoms continue or worsen, return to the emergency department or contact your physician.**

**If you have questions about your discharge instructions, call the phone number above.**

**Name:** RODRIGUEZ, LIBRADO L

**Current Date:** 10/30/18 10:25:56

**DOB:** ▓▓▓▓ 12:00 AM **MRN:** 6058931(SWG) **FIN:** 39376983

**Patient Address:** 232 S 12TH AVE PHOENIX AZ 85007

**Patient Phone:** (000)000-0000

**Reason for Visit:**
General medical

**Providers:**

| Provider | Role |
|---|---|
| Burns, Anne M MD | ED Provider |

Name RODRIGUEZ, LIBRADO L.
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

2 of 10

**Discharge Diagnosis:** Acute on chronic clavicle fracture; Knee abrasion; Polysubstance abuse; Shoulder abrasion

St. Joseph's Westgate Medical Center would like to thank you for allowing us to assist with your healthcare needs.

These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

The following diagnostic tests and/or procedures were performed during your stay:

| Laboratory |
| --- |
| Basic Metabolic Panel |
| CBC w/Diff* (man diff if indicated) |
| Creatine Kinase |
| Hemolysis Index |

RODRIGUEZ, LIBRADO L has been given the following list of follow-up instructions, prescriptions, patient education materials and valuables/belongings:

## Follow-up Instructions:

**With:**                    **Address:**                    **When:**

WG -- Follow up with your                                   In 1 week
primary care doctor                                         11/06/18

#### Comments:

Thank you for visiting Westgate Emergency Department!

Please return to the ER if with fever, any neurologic changes, increased pain, problems breathing, abdominal pain, inability to keep down fluids/food, or other concerns

Name RODRIGUEZ, LIBRADO L          Date of Birth 04/10/78          Oct/30/2018 10:25:58
MRN 8058931(SWG)
FIN 39376983                                                        3 of 10

Follow-up with your usual provider as soon possible, preferably in the next 1-2 days but do not wait if your symptoms are worsening or you are concerned

Call for follow up appointment

If you cannot get in with your PCP for this follow up appointment, please follow up with:

Dignity Health Medical Group- Peoria Family and Internal Medicine
7727 W Deer Valley Road, Suite 210
Peoria, AZ 85382

All referrals for follow up medical care may require approval by your insurance carrier. Any provider contact information (above) is provided to assist you in getting the follow up we recommend. However, it's important that you first check with your insurance provider to assure that the provider is in your network and such a visit will be covered. Some plans may require a Primary Care doctor to provide a referral for specialist appointments.

**Immunizations**
No Immunizations Documented This Visit

## Patient Education Materials:
# Substance Use Disorder

Substance use disorder happens when a person's repeated use of drugs or alcohol interferes with his or her ability to be productive. This disorder can cause problems with your mental and physical health. It can affect your ability to have healthy relationships, and it can keep you from being able to meet your responsibilities at work, home, or school. It can also lead to addiction.

The most commonly abused substances include:

- Alcohol.
- Tobacco.
- Marijuana.

Name RODRIGUEZ, LIBRADO I.
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

4 of 10

- Stimulants, such as cocaine and methamphetamine.
- Hallucinogens, such as LSD and PCP.
- Opioids, such as some prescription pain medicines and heroin.

## What are the causes?

This condition may develop due to social, psychological, or physical reasons. Causes include:

- Stress.
- Abuse.
- Peer pressure.
- Anxiety.
- Depression.

## What increases the risk?

This condition is more likely to develop in people who:

- Are stressed.
- Have been abused.
- Have a mental health disorder, such as depression.
- Are born with certain genes.

## What are the signs or symptoms?

Symptoms of this condition include:

- Using the substance for longer periods of time or at a higher dosage than what is normal or intended.
- Having a lasting desire to use the substance.
- Being unable to slow down or stop your use of the substance.
- Spending an abnormal amount of time seeking the substance, using the substance, or recovering from using the substance.
- Craving the substance.
- Substance use that:
  - Interferes with your work, school, or home life.
  - Interferes with your personal and social relationships.
  - Makes you give up activities that you once enjoyed or found important.

- Using the substance even though:
  - You know it is dangerous or bad for your health.
  - You know it is causing problems in your life.

- Needing more and more of the substance to get the same effect (developing *tolerance*).
- Experiencing physical symptoms if you do not use the substance (*withdrawal*).
- Using the substance to avoid withdrawal.

## How is this diagnosed?

This condition may be diagnosed based on:

- Your history of substance use.
- The way in which substance abuse affects your life.
- Having at least two symptoms of substance use disorder within a 12-month period.

Your health care provider may also test your blood and urine for alcohol and drugs.

## How is this treated?

This condition may be treated by:



- Stopping substance use safely. This may require taking medicines and being closely observed for several days.
- Taking part in group and individual counseling from mental health providers who help people with substance use disorder.
- Staying at a residential treatment center for several days or weeks.
- Attending daily counseling sessions at a treatment center.
- Taking medicine as told by your health care provider:
  - To ease symptoms and prevent complications during withdrawal.
  - To treat other mental health issues, such as depression or anxiety.
  - To block cravings by causing the same effects as the substance.
  - To block the effects of the substance or replace good sensations with unpleasant ones.

- Going to a support group to share your experience with others who are going through the same thing. These groups are an important part of long-term recovery for many people. They include 12-step programs like Alcoholics Anonymous and Narcotics Anonymous.

Recovery can be a long process. Many people who undergo treatment start using the substance again after stopping. This is called a relapse. If you have a relapse, that does not mean that treatment will not work.

## Follow these instructions at home:

- Take over-the-counter and prescription medicines only as told by your health care provider.
- **Do not** use any drugs or alcohol.
- Keep all follow-up visits as told by your health care provider. This is important. This includes continuing to work with therapists, health care providers, and support groups.

## Contact a health care provider if:

- You cannot take your medicines as told.
- Your symptoms get worse.
- You have trouble resisting the urge to use drugs or alcohol.

## Get help right away if:

- You have serious thoughts about hurting yourself or someone else.
- You have a relapse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 08/09/2006 Document Revised: 08/16/2017 Document Reviewed: 12/23/2015
Elsevier Interactive Patient Education © 2018 Elsevier Inc.

# Abrasion

An abrasion is a cut or scrape on the surface of your skin. An abrasion does not go through all of the layers of your skin. It is important to take good care of your abrasion to prevent infection.



Abrasions

## Follow these instructions at home:

### Medicines

- Take or apply medicines only as told by your doctor.
- If you were prescribed an antibiotic ointment, finish all of it even if you start to feel better.

### Wound care

- Clean the wound with mild soap and water 2–3 times per day or as told by your doctor. Pat your wound dry with a clean towel. **Do not** rub it.
- There are many ways to close and cover a wound. Follow instructions from your doctor about:
  - How to take care of your wound.
  - When and how you should change your bandage (*dressing*).
  - When and how you should take off your dressing.

- Check your wound every day for signs of infection. Watch for:

Name RODRIGUEZ, LIBRADO L
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

7 of 10

- ○ Redness, swelling, or pain.
- ▪ Fluid, blood, or pus.

#### General instructions

- Keep the dressing dry as told by your doctor. **Do not** take baths, swim, use a hot tub, or do anything that would put your wound underwater until your doctor says it is okay.
- If there is swelling, raise (*elevate*) the injured area above the level of your heart while you are sitting or lying down.
- Keep all follow-up visits as told by your doctor. This is important.

## Contact a doctor if:

- You were given a tetanus shot and you have any of these where the needle went in:
  - ○ Swelling.
  - ▪ Very bad pain.
  - ○ Redness.
  - ▪ Bleeding.

- Medicine does not help your pain.
- You have any of these at the site of the wound:
  - ▪ More redness.
  - ▪ More swelling.
  - ○ More pain.

## Get help right away if:

- You have a red streak going away from your wound.
- You have a fever.
- You have fluid, blood, or pus coming from your wound.
- There is a bad smell coming from your wound.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 05/25/2017 Document Reviewed: 12/16/2015
Elsevier Interactive Patient Education © 2016 Elsevier Inc.

## Medication Information:

Please advise your Primary Care Physician of these new medications and update your list as your medications change. Be sure to carry your complete medication list with you at all times.

Name RODRIGUEZ, LIBRADO L.
MRN 6058931(SWG)
FIN 39376963

Date of Birth 04/10/78

Oct/30/2018 10:25:58

9 of 10

## Dignity Health

## St. Joseph's Westgate Medical Center
### 7300 N 99th Avenue
### Glendale, AZ 85305
### (602) 406-0000

## Emergency Department

## Transfer of Care Summary

Please take with you to your follow up appointment with your regular Physician

## PERSON INFORMATION

**Name:** RODRIGUEZ, LIBRADO L

**Sex:** M

**Address:** 232 S 12TH AVE PHOENIX AZ 85007

**Phone:** (000)000-0000

**Language:** English

**DOB:** ▮▮▮▮ 12:00 AM

**Age:** 40 Years

**MRN:** 6058931(SWG)

**FIN:** 39376983

**Race:** Caucasian

**Ethnicity:** Hispanic

## VISIT INFORMATION

## Date of Discharge:  LOS: 000 01:57

**Diagnosis:** Acute on chronic clavicle fracture; Knee abrasion; Polysubstance abuse; Shoulder abrasion

Comment

## PROVIDERS

## Primary Care Provider:

Name RODRIGUEZ, LIBRADO L.
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

1 of 7

PCP, Unknown

## Emergency Department Providers:

| Provider | Role |
|---|---|
| Burns, Anne M MD | ED Provider |

## MEDICAL INFORMATION

| | |
|---|---|
| **Height:** | 167.64 cm |
| **Weight:** | 56.818 kg |
| **BMI:** | 20.22 |
| **Smoking Status:** | |
| **Blood Pressure:** | 133 mm Hg/ 78 mm Hg |

**Cognitive and Functional Status:**

**Allergies**
  No Allergies Documented

The following tests were performed during your visit.

**Laboratory or Other Results This Visit** (last charted value for your 10/30/2018 visit)

### WBC
  10/30/2018  9:10 AM
    **WBC:** 10.3 thousand/uL -- Normal range between ( 3.6 and 11.1 )

### RBC
  10/30/2018  9:10 AM
    **RBC:** 4.62 million/uL -- Normal range between ( 4.27 and 5.73 )

### Hgb
  10/30/2018  9:10 AM
    **Hgb:** 13.0 gm/dL -- Normal range between ( 12.9 and 16.1 )

### Hct

10/30/2018 9:10 AM
**Hct:** 38.8 % -- Normal range between ( 37.7 and 51.3 )

## Platelets

10/30/2018 9:10 AM
**Plt:** 165 thousand/uL -- Normal range between ( 150 and 450 )

## MCV

10/30/2018 9:10 AM
**MCV:** 84 fL -- Normal range between ( 79 and 99 )

## MCH

10/30/2018 9:10 AM
**MCH:** 28.0 pg -- Normal range between ( 28.0 and 32.0 )

## MCHC

10/30/2018 9:10 AM
**MCHC:** 33.4 gm/dL -- Normal range between ( 32.0 and 36.0 )

## RDW

10/30/2018 9:10 AM
**RDW:** 14.2 UNITS -- Normal range between ( 11.5 and 14.5 )

## MPV

10/30/2018 9:10 AM
**MPV:** 9.2 fL

## ABS Neut

10/30/2018 9:10 AM
**ABS Neut:** 8.1 thousand/uL -- Normal range between ( 2.0 and 8.0 )

## ABS Lymph

10/30/2018 9:10 AM
**ABS Lymph:** 1.3 thousand/uL -- Normal range between ( 0.6 and 4.8 )

## ABS Mono

10/30/2018 9:10 AM
**ABS Mono:** 0.7 thousand/uL -- Normal range between ( 0.1 and 2.0 )

## ABS Eos

10/30/2018 9:10 AM
**ABS Eos:** 0.1 thousand/uL -- Normal range between ( 0.0 and 1.0 )

## ABS Baso

10/30/2018 9:10 AM
**ABS Baso:** 0.0 thousand/uL -- Normal range between ( 0.0 and 0.2 )

## Neuts

Name RODRIGUEZ, LIBRADO L
MRN 6058931(SWG)
FIN 30376863

Date of Birth 04/10/78

Oct/30/2018 10:25:58

10/30/2018  9:10 AM
   **Neuts:** 78 % -- Normal range between ( 46 and 65 )

## Lymphs
10/30/2018  9:10 AM
   **Lymphs:** 13 % -- Normal range between ( 16 and 43 )

## Monos
10/30/2018  9:10 AM
   **Monos.:** 7 % -- Normal range between ( 1 and 10 )

## Eos
10/30/2018  9:10 AM
   **Eos.:** 1 % -- Normal range between ( 0 and 3 )

## Baso
10/30/2018  9:10 AM
   **Baso.:** 0.3 % -- Normal range between ( 0.0 and 1.0 )

## CBC Scan
10/30/2018  9:10 AM
   **CBC Scan:** Auto Diff

## Sodium
10/30/2018  9:10 AM
   **Sodium:** 137 mmol/L -- Normal range between ( 135 and 145 )

## Potassium
10/30/2018  9:10 AM
   **Potassium:** 4.4 mmol/L -- Normal range between ( 3.6 and 5.3 )

## Chloride
10/30/2018  9:10 AM
   **Chloride:** 107 mmol/L -- Normal range between ( 100 and 110 )

## CO2
10/30/2018  9:10 AM
   **CO2:** 22 mmol/L -- Normal range between ( 19 and 27 )

## BUN
10/30/2018  9:10 AM
   **BUN:** 18 mg/dL -- Normal range between ( 8 and 25 )

## Creatinine
10/30/2018  9:10 AM
   **Creatinine:** 0.64 mg/dL -- Normal range between ( 0.65 and 1.25 )

## Calcium

Name RODRIGUEZ, LIBRADO L.      Date of Birth 04/10/78      Oct/30/2018 10:25:58
MRN 6058931(SWG)
PIN 39376983      4 of 7

10/30/2018 9:10 AM
   Calcium: 9.2 mg/dL -- Normal range between ( 8.5 and 10.3 )

### Anion Gap
   10/30/2018 9:10 AM
   Anion Gap: 8 mmol/L -- Normal range between ( 7 and 15 )

### BUN/Crt Ratio
   10/30/2018 9:10 AM
   BUN/Crt Ratio: 28.1 -- Normal range between ( 8.0 and 24.0 )

### Glucose
   10/30/2018 9:10 AM
   Glucose Level: 109 mg/dL -- Normal range between ( 65 and 99 )

### eGFR Non-African Am
   10/30/2018 9:10 AM
   eGFR Non-African Am: >60 mL/min/1.73m2

### eGFR African Am
   10/30/2018 9:10 AM
   eGFR Afr/Amer: >60 mL/min/1.73m2

### CK
   10/30/2018 9:10 AM
   CK: 102 Units/L -- Normal range between ( 52 and 210 )


Unable To Obtain Medication History


## ADDITIONAL INFORMATION

### Problems
   Active
      Encounter for preventive health examination
      Past medical history unknown


### Procedures
   No Procedures Documented

Name RODRIGUEZ, LIBRADO L
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

5 of 7

**Immunizations**
  No Immunizations Documented This Visit

# PATIENT EDUCATION INFORMATION

Substance Use Disorder; Abrasion, Easy-to-Read

| **With:** | **Address:** | **When:** |
|---|---|---|
| WG -- Follow up with your primary care doctor | | In 1 week 11/06/18 |

**Comments:**

Thank you for visiting Westgate Emergency Department!

Please return to the ER if with fever, any neurologic changes, increased pain, problems breathing, abdominal pain, inability to keep down fluids/food, or other concerns

Follow-up with your usual provider as soon possible, preferably in the next 1-2 days but do not wait if your symptoms are worsening or you are concerned

Call for follow up appointment

If you cannot get in with your PCP for this follow up appointment, please follow up with:

Dignity Health Medical Group- Peoria Family and Internal Medicine
7727 W Deer Valley Road, Suite 210
Peoria, AZ 85382

# PHYSICIAN DOCUMENTATION/NOTES

**Current Addendums**

Name RODRIGUEZ, LIBRADO L.        Date of Birth 04/10/78        Oct/30/2018 10:25:58
MRN 6058931(SWG)
FIN 39376983

6 of 7

Name RODRIGUEZ, LIBRADO L
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/78

Oct/30/2018 10:25:58

7 of 7

## SAFE PAIN MEDICINE PRESCRIBING

We care about you. Our goal is to treat your medical conditions, including pain, effectively, safely and in the right way.

Pain relief treatment can be complicated. Mistakes or abuse of pain medicine can cause serious health problems and death.

Our emergency department will only provide pain relief options that are safe and correct.

## For your SAFETY, we routinely follow these rules when helping you with your pain.

1. We look for and treat emergencies. We use our best judgement when treating pain. These recommendations follow legal and ethical advice.
2. You should have only ONE provider and ONE pharmacy helping you with pain. We do not usually prescribe pain medication if you already receive pain medicine from another health care provider.
3. If pain prescriptions are needed for pain, we will only give you a limited amount.
4. We do not refill stolen prescriptions. We do not refill lost prescriptions.
5. We do not prescribe long-acting pain medicines such as: OxyContin, MSContin, Fentanyl (Duragesic), Methadone, Opana ER, Exalgo, and others.
6. We do not provide missed doses of Subutex, Suboxone, or Methadone.
7. We do not usually give shots for flare-ups of chronic pain.
8. Health care laws, including HIPAA, allow us to ask for all of your medical records. These laws allow us to share information with other health providers who are treating you.
9. We may ask you to show a photo ID when you receive a prescription for pain medicines.
10. In California, we use the California Prescription Drug Monitoring Program called CURES. In Arizona and Nevada, we use the Prescription Monitoring Program that has oversight by the Arizona and Nevada state boards of pharmacy. These statewide computer systems track opioid pain medications and other controlled substance prescriptions.

If you need help with substance abuse or addiction, please call
**1-800-662-HELP (4357)** for confidential referral and treatment.

Sponsored by:

**American College of Emergency Physicians**
*ADVANCING EMERGENCY CARE*

**CMA**
California
Medical Association

**AZHHA**
Arizona Hospital and Healthcare Association

**NHA**
Nevada Hospital Association

**ENA**
Emergency Nurses Association
Safe Practice, Safe Care
Califoria State Council

**KAISER PERMANENTE**

Name RODRIGUEZ, LIBRADO L
MRN 6058931(SWG)
FIN 39376983

Date of Birth 04/10/76

Oct/30/2018 10:25:58

1 of 10



# EL MIRAGE POLICE DEPARTMENT

Officer Report for Incident E18102530

|  |  |
|---|---|
| Nature: Drugs | Address: N 129TH AVE & W CROCUS DR |
| Location: 13 | EL MIRAGE AZ 85335 |

Offense Codes: CSPO, CSPP

Received By: C Gastelum      How Received: O      Agency: EMPD

Responding Officers: R R Chairez, K M Spoljarick, P W Witte

Responsible Officer: K M Spoljarick      Disposition: ECA 10/31/18

When Reported: 06:51:50 10/30/18      Occurred Between: 06:51:39 10/30/18 and 06:51:39 10/30/18

| Assigned To: | Detail: | Date Assigned: **/**/** |
|---|---|---|
| Status: | Status Date: **/**/** | Due Date: **/**/** |

Complainant: A 128721

| Last: ONVIEW | First: | Mid: |
|---|---|---|
| DOB: **/**/** | Dr Lic: | Address: |
| Race: W   Sex: F | Phone: ( ) - | City: , |

## Offense Codes

Reported: CSPO Controlled Substance/Possession      Observed: CSPO Controlled Substance/Posession

Additional Offense: CSPO Controlled Substance/Possession

Additional Offense: CSPP Cont Subst/Poss Paraphernalia

## Circumstances

| Responding Officers: | Unit : |
|---|---|
| R R Chairez | 1A11 |
| K M Spoljarick | 1A13 |
| P W Witte | S10 |

| Responsible Officer: K M Spoljarick | Agency: EMPD |
|---|---|
| Received By: C Gastelum | Last Radio Log: **,**,** **/**/** |
| How Received: O Officer Report | Clearance: E1 Arrest |
| When Reported: 06:51:50 10/30/18 | Disposition: ECA Date: 10/31/18 |
| Judicial Status: | Occurred between: 06:51:39 10/30/18 |
| Misc Entry: | and: 06:51:39 10/30/18 |

Modus Operandi:      Description :      Method :

## Involvements

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 10/30/18 | Name | RODRIGUEZ, LIBRADO LUIS | Suspect |
| 10/30/18 | Name | ONVIEW, | Complainant |
| 10/30/18 | Offense | Offense#: 26645 - M - 1 count | Charged With |
| 10/30/18 | Offense | Offense#: 26646 - F - 1 count | Charged With |
| 10/30/18 | Offense | Offense#: 26647 - F - 1 count | Charged With |
| 10/30/18 | Offense | Offense#: 26648 - F - 1 count | Charged With |
| 10/30/18 | Offense | Offense#: 26649 - F - 1 count | Charged With |
| 10/30/18 | Offense | Offense#: 26650 - M - 1 count | Charged With |
| 10/30/18 | Cad Call | 06:51:50 10/30/18 Susp Per/Veh | Initiating Call |

## Narrative

El Mirage Police Department
Investigation Narrative

The following contact was video and audio recorded using the body worn cameras
(BWC) issued by El Mirage Police Department. Yes _x_    No_____

Incident/DR Number: E18102530

Date, Time, Reporting Officer: 10/30/18, 1715 hours, Spoljarick 3349

Synopsis:

On 10/30/18 at approximately 0702 hours, Librado Rodriguez was arrested for
being in possession of drugs in the area of 129th Ave and Crocus Dr.

Narrative:

On 10/30/18 at approximately 0651 hours, I was patrolling in my fully marked
vehicle in the area of 129th Ave and Crocus Dr. I observed a male subject passed
out in the passenger seat of a green Saturn 4 door sedan. I contacted Officer
Chairez to assist me in doing a welfare check on the subject.

Officer Chairez knocked on the passenger side door of the vehicle. The subject
did not wake up so Officer Chairez went to his vehicle which was parked in front
of the subject's vehicle and activated his air horn. The subject woke up and
exited the vehicle. I was able to smell a strong odor of fresh marijuana coming
from the subjects person. I asked the subject if he had a medical marijuana card
and he stated no. Officer Chairez asked the subject if he had ID on him. The
subject stated no but verbally identified himself as Librado Rodriguez.

Librado appeared very nervous and anxious. Librado asked me several times if
he could go. Officer Chairez advised Librado he wanted to verify the vehicle
belonged to him. A record check indicated Librado's drivers license was
suspended. I told Librado I saw him driving the vehicle yesterday (10/29/18 at
approximately 1030 hours).

Librado denied driving yesterday. I then told Librado I observed him drive and
park in front of 14330 N. 129th Ave. which at that time he exited the vehicle
and walked towards his girlfriends house located across the street at 14329 N.
129th Ave.

Officer Chairez signaled me to arrest Librado. Librado began running south on
129th Ave. After a short distance I was able to catch up to Librado and take him
to the ground. Officer Chairez detained Librado's left arm while I maintained
control of Librado's right arm.

Search incident to arrest I found a torch lighter, glass smoking pipe and a
green leafy substance inside Librado's front left pant pocket. Inside Librado's
right front pant pocket was two plastic bags containing a white crystal like
substance and a small bag containing a brown tar like substance which was
consistent to heroin.

Librado was transported to the El Mirage Police Department. Librado stated his
arm was hurting so I asked dispatch to have fire respond to my location to
evaluate Librado. Fire incident#(F18401178). At approximately 0809 hours, Librado
was transported by ambulance to Westgate Medical Center located at 7300 N. 99th
Ave. I stayed with Librado in the ambulance as Police Assistant Saxton followed

behind in the patrol vehicle.

At approximately 1057 hours, Librado was discharged from the hospital; transported and booked into the 4th Ave jail on the following charges:

13-2508A3 RESIST ARREST-PASSV RESISTANCE

28-3473A DRIVE W/LIC SUSP/REVOKE/CANC

13-3415A DRUG PARAPHERNALIA-POSSESS/USE

13-3405A1 MARIJUANA-POSSESS/USE

13-3408A1 NARCOTIC DRUG-POSSESS/USE

13-3407A1 DANGEROUS DRUG-POSS/USE

Officer Chaires who is certified through the Department of Public Safety Crime Laboratory to conduct a chemical/color test, tested the following substance:

White crystal like substance tested positive for methamphetamine

Green leafy substance tested positive for Marijuana.

I impounded the drugs, drug paraphernalia and medical discharge papers into The El Mirage Property Department as evidence.

Cleared by arrest.


_____

Responsible LEO:


_____

Approved by:


_____

Date

12/13/18

## Supplement

El Mirage Police Department
Supplemental Narrative

The following contact was video and audio recorded using the body worn cameras
(BWC) issued by El Mirage Police Department. Yes_X___          No_____

Incident/DR Number:                    E18102530
Supplement Number:                     1

Date, Time, Reporting Officer:              10/30/18 0830 Hrs. Ofc. R. Chairer #3192

Details of Supplemental Narrative:

On 10/30/18 at about 0651 hours Ofc. Spoljarick asked me to assist him with a
welfare check in the area of 129th Ave. and Crocus. Ofc. Spoljarick advised me
there was a subject who appeared to be sleeping in the front passenger seat of a
green Saturn 4-DR sedan.

I knocked on the subject's door forcefully, but was unable to get him to wake up
or respond to us. I then activated the air horn of my patrol vehicle to wake
the subject up.

The subject stepped out of the vehicle. I immediately smelled a strong odor of
fresh marijuana emitting from his person. During our investigation, Ofc.
Spoljarick asked the subject if he had a medical marijuana card. He advised he
did not.

The subject verbally identified himself as Librado Rodriguez. As we continued
speaking with Librado, he grew more nervous and anxious. He began to ask every
few minutes if we were done with him. I explained to him that we just needed to
verify that the vehicle he was in belonged to him.

I did a routine driver's license/wants check on Librado. The check revealed
Librado's driver's license was suspended. Furthermore, Ofc. Spoljarick told me
he observed Librado driving the Saturn yesterday.

After signaling to Ofc. Spoljarick to arrest Librado for driving with a
suspended driver's license yesterday, Librado began running southbound on 129th
Ave.

Ofc. Spoljarick ran after Librado a short distance and took him to the ground
while I trailed behind him. Once on the ground, I took control of Librado's
left arm and pulled it behind his back.

I searched Librado prior to him being secured in the back seat of a patrol
vehicle. Librado had a torch style lighter in his left front pants pocket as
well as a baggy containing a green plant material consistent in smell and in
appearance to marijuana. I recognized the substance as such from my training at
the Mesa Police Academy.

Librado also had a glass smoking pipe in his front left pants pocket. The pipe
contained a white powdery residue as well as a dark unknown residue. I
recognized the pipe as a drug paraphernalia item typically used to smoke
methamphetamine from my training at the Mesa Police Academy.

I located a larger plastic baggy in Librado's right front pants pocket. The
baggy contained a white crystal-like substance, consistent with methamphetamine.

A smaller baggy was located in the same pocket.  That baggy contained two dark
brown items inside the baggy.  The substance was consistent in appearance to
heroin.

I later field tested the green plant material (9.2 grams) at which time I
noticed it tested positive for the presence of marijuana.  The white
crystal-like
substance was also field tested.  The substance tested positive for the presence
of methamphetamine (12.27 grams).  It should be noted I am certified to field
test marijuana, dangerous drugs, and narcotic drugs through the Arizona
Department of Public Safety Crime Laboratory.

This concluded my involvement with this case.

No further information.

Submitted by Ofc. R. Chairez #3192.

## Supplement

El Mirage Police Department
Supplemental Narrative

The following contact was video and audio recorded using the body worn cameras
(BWC) issued by El Mirage Police Department. Yes_____      No_X__

Incident/DR Number: E18102530
Supplement Number: 2

Date, Time, Reporting Officer: 10/31/2018, A Arce

Details of Supplemental Narrative:

On 10/31/2018, this case was SUBMITTED to the MCAO

IN CUSTODY

RODRIGUEZ, LIBRADO LUIS

13-2508A3-RESIST ARREST-PASSV RESISTANCE
28-3473A-DRIVE W/ LIC SUSP
13-3415A-PODP
13-3405A1-PCM
13-3408AA1-POSS OF NARC
13-3407A1-PCDD

Nothing Further

12/13/18

## Sentryx Booking Information:

Sentryx Booking Number: 18-1573                          Name Number: A 54338

Name: RODRIGUEZ, LIBRADO LUIS          Address: 19020 N DINERO RD
Phone: (623)322-4080                                        SUN CITY, AZ
DOB: 04/10/78                              Dr Lic: D03341387
Assigned Bed:  "                          Current Location:  "
Booking Date: 10/30/18

### Sentryx Arrest # 17165

Time/Date: 07:02:00 10/30/18      Agency: EMPD
Age at Arrest: 40               Location: 129TH AVE &      Officer:      K M Spoljarick
CROCUS
Arrest Type: TAKE               Area: 13                   Reference:    E18102530
Disposition:

### Sentryx Offense # 26645

Statute: ARS13-2508A3                         NCIC: 4801
Offense: RIPO Resisting/Interfering w/Police   Crime Class: M
Offense Reference: E18102530   Offense Type: ARS          Offense Area: 13
Related Incident: E18102530            Law Jurisdiction: 717
Entry Code: CRIM                       Offense Location:
Court Code: 0717                       Offense Time/Date: 07:02:00 10/30/18
Offense Disposition:                   Disposition Date: **/**/**

### Sentryx Offense # 26646

Statute: ARS13-3407A1                         NCIC: 3599
Offense: CSPP Cont Subst/Poss Paraphernalia    Crime Class: F
Offense Reference: E18102530   Offense Type: ARS          Offense Area: 13
Related Incident: E18102530            Law Jurisdiction: 717
Entry Code: CRIM                       Offense Location:
Court Code: 0717                       Offense Time/Date: 07:02:00 10/30/18
Offense Disposition:                   Disposition Date: **/**/**

### Sentryx Offense # 26647

Statute: ARS13-3408A1                         NCIC:
Offense: CSPP Cont Subst/Poss Paraphernalia    Crime Class: F
Offense Reference: E18102530   Offense Type: ARS          Offense Area: 13
Related Incident: E18102530            Law Jurisdiction: 717
Entry Code: CRIM                       Offense Location:
Court Code: 0717                       Offense Time/Date: 07:02:00 10/30/18
Offense Disposition:                   Disposition Date: **/**/**

### Sentryx Offense # 26648

Statute: ARS13-3405A1                         NCIC: 3562

|  |  |  |  |
|---|---|---|---|
| **Offense:** | CSPM Cont Subst/Possession | **Crime Class:** | F |
|  | Marijuana |  |  |
| **Offense Reference:** | E18102530 | **Offense Type:** ARS | **Offense Area:** 13 |
| **Related Incident:** | E18102530 | **Law Jurisdiction:** | 717 |
| **Entry Code:** | CRIM | **Offense Location:** |  |
| **Court Code:** | 0717 | **Offense Time/Date:** | 07:02:00 10/30/18 |
| **Offense Disposition:** |  | **Disposition Date:** | **/**/** |

## Sentryx Offense # 26649

|  |  |  |  |
|---|---|---|---|
| **Statute:** | ARS13-3415A | **NCIC:** | 3550 |
| **Offense:** | CSPP Cont Subst/Poss Paraphernalia | **Crime Class:** | F |
| **Offense Reference:** | E18102530 | **Offense Type:** ARS | **Offense Area:** 13 |
| **Related Incident:** | E18102530 | **Law Jurisdiction:** | 717 |
| **Entry Code:** | CRIM | **Offense Location:** |  |
| **Court Code:** | 0717 | **Offense Time/Date:** | 07:02:00 10/30/18 |
| **Offense Disposition:** |  | **Disposition Date:** | **/**/** |

## Sentryx Offense # 26650

|  |  |  |  |
|---|---|---|---|
| **Statute:** | ARS28-3473A | **NCIC:** | 5499 |
| **Offense:** | TOFF Traffic Offense | **Crime Class:** | M |
| **Offense Reference:** | E18102530 | **Offense Type:** ARS | **Offense Area:** 13 |
| **Related Incident:** | E18102530 | **Law Jurisdiction:** | 717 |
| **Entry Code:** | CRIM | **Offense Location:** |  |
| **Court Code:** | 0717 | **Offense Time/Date:** | 07:02:00 10/30/18 |
| **Offense Disposition:** |  | **Disposition Date:** | **/**/** |

## Name Involvements:

Suspect : A 54338

| | | | |
|---|---|---|---|
| **Last:** RODRIGUEZ | **First:** LIBRADO | **Mid:** LUIS |
| **DOB:** 04/10/78 | **Dr Lic:** D03341387 | **Address:** 19020 N DINERO RD |
| **Race:** W   **Sex:** M | **Phone:** (623)322-4080 | **City:** SUN CITY, AZ |

Complainant : A 128721

| | | | |
|---|---|---|---|
| **Last:** ONVIEW | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:** W   **Sex:** F | **Phone:** ( ) - | **City:** . |