Elizabeth D. Tate State Bar No. 032659
Elizabeth D. Tate Attorney at Law, PLLC
2953 N. 48th Street
Phoenix, AZ 85018
Telephone (602) 670-4653
Fax (602) 595-5959
attorneyelizabethtate@yahoo.com

Attorney for Plaintiff Librado Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Librado Rodriguez,<br><br>    Plaintiff,<br><br>v.<br><br>Kevin Spoljarick, individually and in his official capacity, et. al.<br><br>    Defendants. | Case No. 2:19cv04389<br><br>**PLAINTIFF'S DISCOVERY CERTIFICATION** |

Pursuant to Federal Civil Procedure Rule 37 Plaintiff by counsel, Elizabeth D. Tate, submits the following discovery certification in support of Plaintiff's Rule 37 Motion for Sanctions:

1. On July 9, 2020 I conferred with Defense Counsel about setting further depositions in this matter.  Also, at that time, I pointed out the untruthful and incomplete answers to discovery provided by his clients.  I informed counsel of my intention to seek sanctions pursuant to Rule 37.

2. On July 10, 2020, I emailed Defense Counsel about his failure to included verifications with Defendants' interrogatory response.  I gave counsel until close of business to provide them.  To this date, I do not have the verifications nor has defense counsel made any effort to communicate with me about the missing verifications.

Dated on July 21, 2020.    Respectfully submitted,

Elizabeth D. Tate Attorney at Law, PLLC


By:   /s/ Elizabeth D. Tate
      Elizabeth D. Tate
      2953 North 48th Street
      Phoenix, Arizona 85018
      Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

/s/ Elizabeth D. Tate
Elizabeth D. Tate