IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19cv04389 |
| | ) ORDER |
| Kevin Spoljarick, et. al. | ) |
| Defendants. | ) |

    Pursuant Plaintiff's Motion for Sanctions (dkt.# 57), it is hereby ordered that the Plaintiff's Motion is granted. Plaintiff is ordered to file a fee application and the jury will be instructed at the trial in this matter that Defendants withheld the Chairez and Witte body cam videos and Stg. Witte's Report.