Larry J. Crown (SBN 013133)
Elan S. Mizrahi (SBN 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona  85255
Telephone:	480-483-9600
Facsimile:	480-483-3215
Emails:	lcrown@tbl-law.com
	elan@tbl-law.com

*Attorneys for Officer Chairez, Officer Spoljarick and City of El Mirage*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez,<br><br>             Plaintiff,<br><br>vs.<br><br>Kevin Spoljarick, individually and in his official capacity; Rick Chairez, individually and in his official capacity; City of El Mirage,<br><br>             Defendants. | Case No. 2:19-cv-04389-DGC-CDB<br><br>**NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |

Defendant Police Officers Kevin Spoljarick and Rick Chairez, and Defendant the City of El Mirage (collectively "Defendants"), by and through their undersigned counsel and pursuant to Rule 33, Fed.R.Civ.P., hereby gives notice that on July 24, 2020, they served on Plaintiff Defendants' Supplemental Responses to Mandatory Initial Discovery Responses in the above-captioned matter.

DATED this 24ᵗʰ day of July, 2020.

**TITUS BRUECKNER & LEVINE PLC**

By: /s/ *Elan S. Mizrahi*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Officer Chairez, Officer Spoljarick and City of El Mirage*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this __24th__ day of July, 2020, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing.

I further certify that on this __24th__ day of July, 2020, I served the foregoing document and attachments by electronic mail on the following:

>Elizabeth D. Tate
>Elizabeth D. Tate, Attorney at Law
>2953 North 48th Street
>Phoenix, AZ  85018
>attorneyelizabethtate@yahoo.com
>
>*Attorney for Plaintiff*

/s/ *Karin A. Meister*
_____
8962-085

TITUS BRUECKNER & LEVINE PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ  85255
480-483-9600