# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Kevin Spoljarick, Rick Chairez,<br><br>　　　　　　Defendants. | No. CV 19-04389 PHX DGC (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the parties' Emergency Joint Motion to Stay Proceedings at ECF No. 64, noting Plaintiff is now deceased, is **granted**. Accordingly, all of the deadlines in this matter are stayed.

**IT IS FURTHER ORDERED that**:

1. If a lawful representative of Plaintiff's estate intends to proceed with this lawsuit, within 60 days of the date this Order is entered said individual must institute a Probate proceeding for the appointment of a Personal Representative on behalf of Plaintiff's estate and Plaintiff's counsel must submit notice to this Court of the pendency of the Probate action, including its caption and case number.

2. If Plaintiff's counsel initiates a Probate proceeding as set forth above and provides timely notice to this Court, this lawsuit will be stayed for an additional 60 days (without prejudice to seeking additional time if necessitated by the Probate Court) to accomplish the appointment of the Personal Representative, at which point the following deadlines will apply:

• Defendants will respond to Plaintiff's Motion for Sanctions on or before December 30, 2020.

• The discovery deadline will be extended so that the Parties can complete the aforementioned depositions and the deposition of the Personal Representative of Plaintiff's estate on or before February 26, 2021.

• Defendants' Motion for Summary Judgment deadline will be March 26, 2021.

3. If Plaintiff's counsel does not notify this Court within 60 days of the date of the Order that a Probate action has been instituted to appoint a Personal Representative on behalf of Plaintiff's estate as set forth above, this lawsuit will be promptly dismissed with prejudice without further notice and with the parties to bear their own attorneys' fees and costs.

4. Within ten (10) days of the lift of stay, if any, Plaintiff will submit to Defendants Supplemental MIDP Responses.

5. Within 20 days of the lift of stay, if any, Plaintiff will file an Amended Complaint substituting the Plaintiff Real-Party-in-Interest and amending the relief to be sought within the context of the existing causes of action. Defendants shall not be required to file an Answer to the Amended Complaint.

Dated this 31st day of July, 2020.

_____
Camille D. Bibles
United States Magistrate Judge