IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Librado Rodriguez,<br><br>             Plaintiff,<br><br>vs.<br><br>Kevin Spoljarick, et al.,<br><br>             Defendants. | No. CV19-04389 PHX DGC (CDB)<br><br>**ORDER** |

Plaintiff Librado Rodriguez filed a complaint in the Superior Court of Arizona for Maricopa County on April 29, 2019. Defendants removed the action to this court on June 5, 2019. Doc. 1. On July 31, 2020, the parties filed an emergency joint motion to stay proceedings indicating that Plaintiff had died on July 29, 2020. Doc. 64. Magistrate Judge Camille D. Bibles entered an Order on August 3, 2020, allowing a lawful representative of Plaintiff's estate 60 days – until October 2, 2020 – to notify the Court as to whether any individual could be substituted for Plaintiff in this action. Doc. 65. No representative has come forward and the time to notify the Court has passed. On October 13, 2020, United States Magistrate Judge Camille D. Bibles issued a report and recommendation ("R&R") recommending that this case be dismissed as moot. Doc. 67.

No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss this action as moot.

**IT IS ORDERED:**

1. The R&R (Doc. 67) is **accepted**.
2. This case is **dismissed as moot**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**
4. The Clerk is directed to enter judgment and **terminate** this action.

Dated this 2nd day of November, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge